Thomas B. Johnson, Appellant, v. City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ. [See 282 App. Div. 684.]

In the Matter of the Arbitration between Smith-Weihman Company, Inc., Appellant, and Primateria Societe Anonyme Pour Le Commerce Exterieur, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

In the Matter of the Estate of Margaret Berger, Deceased. Herman Berger, as Administrator of the Estate of Margaret Berger, Deceased, Respondent; Elizabeth Lambert, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

Jacob B. Gordon et al., Appellants, v. Arthur Trock, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

The People of the State of New York, Respondent, v. Joseph Sciacca and Charles Campagnone, Appellants.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

Fabricators Steel & Mfg. Corp., Respondent, v. Artco Industrial Company, Inc., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

154 East 97th Street Corp., Respondent, v. Catherine U. Biggs, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.